

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00425-CV

**IN THE INTEREST OF D.M., A.M., A.M., J.M., AND J.M.M.,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02128
Honorable Laura Salinas, Judge Presiding

## C O R R E C T E D   O R D E R

This is an accelerated appeal from the trial court's final order terminating appellant's parental rights. Appellant's court-appointed appellate counsel has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944 (Tex. App.—San Antonio, May 21, 2003, order) (holding that *Anders* procedures apply to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio, Sept. 10, 2003, no pet.) (mem. op.). Counsel states he has provided copies of the brief and motion to withdraw to appellant, informed appellant of her right to review the record and file her own brief, and provided her with a Motion for *Pro Se* Access to the Appellate Record. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio, July 23, 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, **we order that she do so by November 12, 2015**. Appellee has filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, appellee may file a responsive brief no later than twenty days after appellant's pro se brief is filed in this court. We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court.

We further **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2015.

Keith E. Hottle
Clerk of Court

